UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIL FORWARD ENTERPRISE HOLDINGS LLC, | |
| Plaintiff, | |
| -against- | |
| CHRISTOPHER FITZGERALD MILLER AND DIANA ACOSTA-MILLER., | |
| Defendants. | |

26 CIVIL 1981 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 31, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   March 31, 2026

New York, New York

_____
/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge